STATE OF CONNECTICUT *v.* RICHARD HAYWARD

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 511 (AC 29709), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Michael L. Moscowitz*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided October 8, 2009

STATE OF CONNECTICUT *v.* MICHAEL J. MARSALA

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 580 (AC 29839), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Heather M. Wood*, deputy assistant public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided October 8, 2009

HILB ROGAL AND HOBBS COMPANY ET AL. *v.* UTA
PETERS RANDALL

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 89 (AC 29572), is granted, limited to the following issue: